■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GONZALEZ, Also Known as JOSE CARRILLO, Appellant.— Appeal by the defendant from a judgment of the County Court, Nassau County (Harrington, J.), rendered April 4, 1990,

convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Bracken, J. P., Kunzeman, Eiber, Balletta and Ritter, JJ., concur.